UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BASIL R. BROWNE,

                        Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK,
SAMUEL HEILMAN, CHARLES SMITH,
DEAN SAVAGE, CARMENZA GALLO,
PATRICIA CLOUGH, PYONG GAP MIN,
ANDREW BEVERIDGE, JANE DENKENSOHN,

                        Defendants.
-------------------------------------------------------------X

JUDGMENT
00-CV-5697 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2005 ★
TIME A.M. _____ P.M. _____

    An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on November 23, 2005, granting CUNY's motion for summary judgment; and dismissing the complaint in its entirety; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that CUNY's motion for summary judgment is granted; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       November 29, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court